# DARIUS WADIA
## ATTORNEY AT LAW

DARIUS WADIA, L.L.C.
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2208
NEW YORK, NEW YORK 10279

TELEPHONE: (212) 233-1212
FACSIMILE: (212) 571-9149
dwadia@wadialaw.com

November 29, 2012

VIA ECF AND FAX (718) 613-2365
The Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Request Granted.
Conference Adjourned to:
3/6 at 1000
/s/ CHERYL L. POLLAK
United States Magistrate Judge  11/29/12
SO ORDERED.

Re:  *George J. Isaac v. The City of New York, et al.*
     Case number 11 Civ. 3796 (CBA) (CLP)

Your Honor:

I represent plaintiff George J. Isaac in the above-referenced matter. On October 25, 2011, the parties agreed, and the Court ordered that Mr. Isaac's deposition would be scheduled for today, and that all depositions would be completed by January 22, 2013. However, due to a personal situation, I am unable to defend Mr. Isaac's deposition today. Assistant Corporation Counsel Erica M. Haber, attorney for the defendants, and I have made efforts to fix a new date for plaintiff's deposition, but in light of work, holiday and vacation schedules of the attorneys and Mr. Isaac (who will be out of the country from the end of December 2012 to the beginning of February 2013), we have not been able to settle on a date before January 22nd. With the consent of Ms. Haber, I would, accordingly, ask that the date for the completion of depositions be extended to the end of February 2013. Although there have been many adjournments in this case, this is the first for the relief sought herein.

Thank you for your consideration of this matter and please accept my apologies for the late request.

Respectfully submitted,

/s/

Darius Wadia (DW 8679)

Copy (via email and ECF):  Assistant Corporation Counsel Erica M. Haber